**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KATHY EIDE,

    Plaintiffs,

v.

D.R. HORTON, INC.,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-148

**O R D E R**

Presently before the Court is the Plaintiff's Notice of Dismissal Without Prejudice filed on August 16, 2019. (Doc. 9.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** this case **WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA